[No. 29067-3-I.   Division One.   November 15, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. ARTEMAS
McHENRY MALONE, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 90-1-07107-0, Jim Bates, J., entered August 2,
1991. *Dismissed* by unpublished opinion per Scholfield, J.,
concurred in by Forrest and Kennedy, JJ.

[No. 30352-0-I.   Division One.   November 15, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. TERRY W.
BOWMAN, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 91-1-01002-8, Steven G. Scott, J., entered March
11, 1992. *Dismissed* by unpublished per curiam opinion.

[No. 31214-6-I.   Division One.   November 15, 1993.]

RAUL CATALANO, *Appellant*, v. CLOUT QUARTERS,
INC., *Respondent*.

Appeal from a judgment of the Superior Court for King
County, No. 92-2-06808-7, Sharon S. Armstrong, J., entered
July 2, 1992. *Reversed* by unpublished per curiam opinion.

[No. 32444-6-I.   Division One.   November 15, 1993.]

CHECK SERVICES NORTHWEST, *Respondent*, v. DONALD
LEIF ROKKE, *Petitioner*.

Appeal from a judgment of the Superior Court for King
County, No. 92-2-21111-4, Jo Anne Alumbaugh, J., entered
March 2, 1993. *Reversed* by unpublished per curiam opinion.